UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-62258-WILLIAMS

HOWARD COHAN,

     Plaintiff,

vs.

DIAMOND PETROLEUM, INC.
d/b/a VALERO,

     Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, HOWARD COHAN, and Defendant, DIAMOND PETROLEUM, INC., d/b/a VALERO, by and through their undersigned counsel, have agreed to a settlement of all issues, including fee and costs, in this matter, subject only to the drafting of specific documents to memorialize the agreement. Each Party to bear its own fees and costs, except as otherwise specified in the settlement documents.

The Parties request this Honorable Court allow for an additional thirty (30) days to finalize a settlement agreement and submit final proposed Order of Dismissal.

Jointly submitted on this 9th day of January, 2017

| | |
|---|---|
| FEINSTEIN & SOROTA, P.A.<br>*Attorneys for Plaintiff*<br>7901 S.W. 6 Court<br>Suite 305<br>Plantation, FL 33324<br>Tel: (954) 617-1500<br>Fax: (954) 617-4100<br><br>By: /s/ Mark D. Feinstein<br>　　MARK D. FEINSTEIN, ESQ.<br>　　Florida Bar No. 444170<br>E-mail: fspa@fspalaw.com | LAW OFFICES OF NEIL S. ODESSKY, P.A.<br>*Attorneys for Plaintiff*<br>7901 S.W. 6 Court<br>Suite 305<br>Plantation, FL 33324<br>Tel: (954) 617-1100<br>Fax: (954) 617-1300<br><br>By: /s/ Neil S. Odessky<br>　　NEIL S. ODESSKY, ESQ.<br>　　Florida Bar No. 354661<br>E-mail: pleadings@nsolaw.com |
| JORGE A. DUARTE, P.A.<br>*Attorneys for Defendant*<br>9990 S.W. 77 Avenue<br>PH 15<br>Miami, FL 33156<br>Tel: (305) 358-2400<br>Fax: (305) 667-9739<br><br>By: /s/ Jorge A. Duarte<br>　　JORGE A. DUARTE, ESQ.<br>　　Florida Bar No. 229016<br>E-mail: jorge@duartelegal.com<br>　　　　karen@duartelegal.com | ANDREW T. TRAILOR, P.A.<br>*Attorneys for Defendant*<br>9990 S.W. 77 Avenue<br>PH 15<br>Miami, FL 33156<br>Tel: (305) 358-2400<br>Fax: (305) 667-9739<br><br>By: /s/ Andrew T. Trailor<br>　　ANDREW T. TRAILOR, ESQ.<br>　　Florida Bar No. 966710<br>E-mail: andrewtrailor@attlawpa.com<br>　　　　terryarmesto@attlawpa.com |