UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-62258-WILLIAMS

HOWARD COHAN,

    Plaintiff,

vs.

DIAMOND PETROLEUM, INC.,

    Defendant.
_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court upon the Parties' joint stipulation of dismissal with prejudice. (DE 27). Upon review of the stipulation and the record, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED**, each party to bear its own costs and attorney's fees, except as otherwise agreed by the Parties. All pending motions are **DENIED AS MOOT**. All hearings, trial settings, and deadlines are **CANCELED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 24 day of January, 2017.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE